IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

| | |
|---|---|
| HELLENE SNYDER,<br><br>    Plaintiff,<br><br>-vs-<br><br>KAZ, INC.,<br><br>    Defendant. | CIVIL NO.  04-CV-569<br><br>PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES |

   COMES NOW, the Plaintiff by and through her attorney and discloses the following as her retained experts whom she may call at trial to present expert testimony:

   1.   Dr. Timothy Schurman
        Des Moines, Iowa

        Dr. Schurman is a treating medical provider of Plaintiff.

   2.   Dr. Mark Reece
        Des Moines, Iowa

        Dr. Reece is a treating medical provider of Plaintiff.

   3.   Dr. V.G. Cimino
        Des Moines, Iowa

        Dr. V.G. Cimino is a treating medical provider of Plaintiff.

   4.   Kent Jayne
        Worklife Resources Inc.
        North Liberty, Iowa.

   Mr. Jayne's vitae will be produced to Defendant and he is an economist / vocational rehabilitation expert.

   It is expected that the above listed experts will testify

1

with respect to and consistent with those matters and opinions set forth in their respective reports and medical records in accordance with Federal Rules of Civil.

    5.    Dr. Jerry Lee Hall
          Wade Hall Engineering, Ames, Iowa

Dr. Hall is a liability expert and it is anticipated that he will testify concerning the product at hand herein and consisting with his testing herein.

    6.    Alan Bullerdiek
          Bullerdiek & Associates, Buffalo, New York

Mr. Bullerdiek is a liability expert and it is anticipated that he will testify concerning the product at hand herein and consisting with his testing herein.

    7.    Frank Foss
          FC Foss Associates, Waconia, MN

Mr. Foss is a liability expert and a certified professional ergonomist and it is anticipated that he will testify concerning the product at hand herein and consisting with his testing herein.

Respectfully submitted,

BEATTIE LAW FIRM, P.C.

By *Donald D Beattie*
Donald G. Beattie  PK1000042
4300 Grand Ave.
Des Moines, Iowa  50312
Telephone:  (515) 263-1000
Facsimile:  (515) 263-1411

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6 day of June, 2005 a true and correct copy of the above and foregoing was -emailed to the following:

Mark A. Schultheis
Nyemaster, Goode Law Firm
700 Walnut, Suite 1600
Des Moines IA  50309-3899


*Kelly L. Brandt*
Kelly L. Brandt, Legal Assistant
Beattie Law Firm, P.C.